THE CITY OF ATLANTA *vs.* THE GEORGIA PACIFIC RAILWAY.

The property of a railroad company in this state, used in carrying on its usual and ordinary business, is not subject to be taxed by municipal corporations or to be sold for non-payment of taxes so laid.

February 7, 1885.

Railroads. Tax. Municipal Corporations. Before Judge HAMMOND. Fulton Superior Court. October Term, 1884.

Reported in the decision.

E. A. ANGIER; J. T. PENDLETON, for plaintiff in error.

HOPKINS & GLENN, for defendant.

JACKSON, Chief Justice.

A tax execution was levied on the depot of the Georgia Pacific Railroad Company by the city of Atlanta. A writ of injunction was granted to restrain its collection, and the city bring the case here for review.

The case is controlled by *The City of Albany vs. The Savannah, Florida and Western Railway Company*[*] and by *The County of Houston vs. The Central Railroad and Banking Company,*[†] and by the act of the general assembly, September 4th, 1883, pp. 39, 41, and by *The Savannah, Florida and Western Railway Co. vs. Morton et al.*[‡] The act declares that the only property of railroads subject to be taxed by counties and cities is that "not used

---

[*] 71 *Ga.*, 158.   [†] 72 *Ga.*, 211.   [‡] 71 *Ga.*, 24.

on their usual and ordinary business." But without this act, those cases cited would control the only point made here.

Judgment affirmed.